IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PARKLAND SERVICES, INC.** **t/b/d/a FREESTECH,** <br>             Plaintiff, <br><br> v. <br><br> **MAPLE LEAF FOODS, INC.** **and** **STELLAR CORPORATION,** <br>             Defendants. | **CIVIL ACTION NO. 12-6788** |

## ORDER

AND NOW, this 18th day of April, 2013, upon careful consideration of the parties' briefing, and for the reasons discussed in the accompanying Memorandum of Law, it is hereby ORDERED that Defendants' Partial Motions to Dismiss (ECF 9 & 41) are GRANTED. Counts II and IV of the Complaint (ECF 1) are dismissed as to both Defendants, and Count I is dismissed as to Defendant Stellar Corporation.

BY THE COURT:

/s Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\SARA\MAPLE LEAF\ORDER MOTION TO DISMISS 4-18-13.DOCX